**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Diane Kubat

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE KUBAT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**OAC COLLECTION SPECIALISTS A/K/A OLIVER ADJUSTMENT COMPANY, INC.; AND, DOES 1-20, INCLUSIVE,**<br><br>Defendant. | **Case No.:** CV15-3696 AB (GJSx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. ANDRÉ BIROTTE JR.** |

///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff DIANE KUBAT ("Plaintiff") and Defendant OAC COLLECTION SPECIALISTS A/K/A OLIVER ADJUSTMENT COMPANY, INC. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and without Prejudice as to the Putative Class Members without 60 days. Plaintiff requests that all pending dates and filing requirements with regard to the parties be vacated, and that the Court set a deadline on or after August 30, 2015 for filing a Joint Dismissal.

Dated: June 30, 2015                                Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By: ____/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF